PD-0683-15

PD-0683-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/3/2015 4:46:25 PM
Accepted 6/4/2015 11:49:26 AM
ABEL ACOSTA
CLERK

No. _____

TO THE COURT OF CRIMINAL APPEALS OF TEXAS

**Adrian Deshawn Patton**

Petitioner

v.

**The State of Texas**

Respondent

FILED IN
COURT OF CRIMINAL APPEALS

June 4, 2015

ABEL ACOSTA, CLERK

On Appeal from the 75ᵗʰ District Court of Liberty County, in Cause No. CR29871, the Hon. Mark Morefield, Presiding, and the February 15, 2015, Opinion of the 14ᵗʰ Court of Appeals in Case No. 14-14-00102-CR

**1ˢᵗ MOTION FOR EXTENSION OF TIME
FOR FILING (OUT OF TIME) PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Now comes ADRIAN DESHAWN PATTON, Petitioner in the above captioned cause, and moves the Court to extend the time for filing Petitioner's Petition for Discretionary Review and/or to file an out of time Petition for Discretionary Review, and in support of this Motion would show the following:

1. Petitioner's Petition for Discretionary Review is currently due on March 7, 2015.

2. Appointed Appellate Counsel inadvertently missed sending Appellant notice of his appellate deadlines with regard to filing of a PDR and a copy of the Court of Appeals' Memorandum Opinion as called for under Rule 48.4.

3. Given the lapse of the time for Appellant/Petitioner to receive the notice of deadlines and his ability to request the PDR timely, Appointed Appellate Counsel is filing this request for an extension of time/out of time PDR on Mr.

Patton's behalf, but is not otherwise making an appearance of counsel for the purposes of the filing or litigating of a PDR.

4.  For the foregoing reasons, undersigned Appellant/Petitioner Patton requests a 30 day extension from today's date to complete his Petition for Discretionary Review.

5.  No previous extensions have been requested in this case.

6.  This request is not for delay, but so justice may be done.

7.  Contact information for future notices to Pro Se Appellant/Petitioner Adrian Deshawn Patton can be forwarded to:

Adrian Patton 1899028
Darrington Unit
59 Darrington Rd.
Rosharon, TX  77583


**WHEREFORE, PREMISES CONSIDERED,** Appellant/Petitioner prays that the Court grant this Motion for Extension of Time and/or Out of Time PDR and all other relief the Court deems fit.

Respectfully submitted,


Dan P. Bradley
Attorney at Law
P.O. Box 7107
Houston, Texas 77248
Tel. 713-819-5529
Fax: 877-655-2797
dbradleylaw@gmail.com


By: /s/ Dan P. Bradley
Dan P. Bradley
State Bar No. 00783703

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing "1ˢᵗ Motion for Extension of Time for Filing (Out of Time) Petition for Discretionary Review" was this day hand-delivered, eFiled, mailed postage pre-paid or transmitted via telecopier (*fax*) to the office of the District Attorney of Liberty County, 1923 Sam Houston, Liberty, TX 77575; and to office of the Hon. Lisa McMinn, State's Prosecuting Attorney, via eFile, on June 3, 2015.

/s/ Dan P. Bradley
Dan P. Bradley